**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**SHAKYRA RUBI QUIJANO GARCIA**  Case No.  **19-06347-BKT**

Chapter 13    Attorney Name:  **ROBERTO FIGUEROA CARRASQUILLO***

| | | | |
|---|---|---|---|
| **I. Appearances** | | | |
| **Debtor** | [X] Present | [ ] Absent | |
| **Joint Debtor** | [ ] Present | [ ] Absent | |
| **Attorney for Debtor** | [X] Present | [ ] Absent | |
| [ ] Prose | | | |
| [ ] Appearing: | | | |

**Date & Time:**    12/11/2019  10:00:00AM

[X] R    [ ] NR    LV:  0.00

[X] This is debtor(s) 1 Bankruptcy filing.

**Creditors:**

Banco Popular de P.R. by Mr. Miguel Rivera

**II. Oath Administered**
    [X] Yes        [ ] No

**III. Plan**

Date:  10/31/2019    Base:    $10,080.00    Payments 0 made out of   due.

**Confirmation Hearing Date:**    1/10/2020  2:30:00PM

**Evidence of Pmt shown:**

**Attorney's fees as per R. 2016(b)**
    $4,000.00   -  $132.00   =  $3,868.00

**IV. Status of Meeting**

[X] Closed        [ ] Not Held        [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

SHAKYRA RUBI QUIJANO GARCIA

Case No. 19-06347-BKT

Chapter 13   Attorney Name: ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [ ] Tax returns missing |
| |   [ ] State - years |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | |
| |   [ ] Federal - years |
| [ ] Insuarence quote | |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| |   [ ] Premises |
| [ ] Evidence of income | [ ] Vehicle(s): |
| | [ ] Licenses issued by: |

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

SHAKYRA RUBI QUIJANO GARCIA

Case No. 19-06347-BKT

Chapter 13     Attorney Name: ROBERTO FIGUEROA CARRASQUILLO*

**Trustee's objection to confirmation**

[ ] Objection to Confirmation
[ ] Oral objection by creditor

**ACP: 3**

**Household size: 2**

**Disp. Income under 1325(b)(2):**

**Tax returns 2015-2018 shown.**

**FAILS LIQUIDATION VALUE TEST, §1325(a)(4):**

Provide evidence that BPPR account ending #3882 is a joint account with the debtor's dependent social security direct deposit account since exemption claimed is pursuant 522 d10 (a).

Feasibility: Debtor's daughter turns 18 this month (December 2019) her last benefit payment is this month. Schedule I discloses income from daughters Social Sec benefits. Debtor avers that she received documentation whereby she understands that she might receive this benefit for an extended period although she is not sure. If benefits cease this month will create an immediate feasibility issue, if benefits ceased in the near future, the uncertainty of when it may occur during the next periods also creates a feasibility issue. Debtor to address this matter.

Disposable Income: Missing information per counsel. Schedule I will be amended to disclose odd jobs from non filing spouse common law income,

Note
SOFA discloses a YTD income in the amount of $14,650.71 vs pay stubs submitted $16,414.07.
The following party(ies) object(s) confirmation:

s/Pedro R Medina                                      Date:    12/11/2019

Trustee/Presiding Officer                                      (Rev. 05/13)