## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**SHAKYRA RUBI QUIJANO GARCIA**<br><br>**xxx–xx–2618**<br><br>                          Debtor(s) | Case No. **19–06347 EAG**<br><br>Chapter **13**<br><br><span style="color:red">FILED & ENTERED ON 4/29/22</span> |

### *ORDER GRANTING UNOPPOSED MOTION*

This case is before the Court on the following motion: Motion Requesting Authorization to Use Funds From 2021 Tax Refund filed by Debtor, docket #31.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.

In San Juan, Puerto Rico, this Friday, April 29, 2022 .

Edward A. Godoy
United States Bankruptcy Judge