B0015-1210

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor 1 | SHAKYRA RUBI QUIJANO GARCIA |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Puerto Rico |
| Case number | 19-06347 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Banco Popular de Puerto Rico

**Court claim no.** (if known): 3

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/01/2023

**New total payment:**
Principal, interest, and escrow, if any: $817.85

**Last 4 digits** of any number you use to identify the debtor's account: 4 8 3 0

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 18.42          New escrow payment: $ 18.41

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____          New mortgage payment: $ _____

Official Form 410S1          Notice of Mortgage Payment Change          page 1

| Debtor 1 | SHAKYRA RUBI QUIJANO GARCIA | Case number (if known) | 19-06347 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

# Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ Signature: /s/Frances A De Jesus    **Date** 09/29/2023

Print: Frances A De Jesus
First Name  Middle Name  Last Name

**Title:** Bankruptcy Technician

Company: Banco Popular

Address: PO Box 362708
Number  Street

CLAVE 762
Address 2

San Juan    PR    00936-2708
City        State  ZIP Code

Contact phone: 000-000-0000

Email: noreply@popular.com

# BANCO POPULAR.

BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN, PR 00936-2708
TELÉFONO: 1.800.981.1982

142
SHAKYRA R QUIJANO-GARCIA
B26 JARD CONDADO MODERNO
APT A
CAGUAS      PR 00725-3260

Préstamo Hipotecario: ████4830                Fecha: 26 de septiembre de 2023

SI USTED ES UN DEUDOR EN QUIEBRA O DESCARGÓ RESPONSABILIDAD PERSONAL POR SU PRÉSTAMO HIPOTECARIO, ESTA COMUNICACIÓN ES PARA FINES INFORMATIVOS Y DE CUMPLIMIENTO SOLAMENTE. ESTO NO ES, NI DEBE INTERPRETARSE, COMO UN INTENTO DE COBRAR UNA DEUDA CONTRA USTED. RECONOCEMOS QUE SUS PAGOS SON VOLUNTARIOS Y QUE EL ACREEDOR HIPOTECARIO SOLO PUEDE EJERCER DERECHOS CONTRA LA PROPIEDAD QUE GARANTIZA LA DEUDA.

## DIVULGACIÓN DEL ESTADO ANUAL DE LA CUENTA DE RESERVA

Esta cuenta debe ser analizada anualmente para determinar si acumula los fondos suficientes y determinar si la cuenta refleja sobrante o deficiencia según la actividad presupuestada.

## HISTORIAL DE LA CUENTA

Este es un estado de la actividad en la cuenta de reserva desde 11/22 hasta 10/23. Puede comparar el historial con el presupuesto de la cuenta divulgado en el Estado de la Cuenta de Reserva generado anteriormente. El pago era de $817.65 del cual $799.44 era para principal e intereses y $18.21 para la cuenta de reserva.

## HISTORIAL DE LA CUENTA desde 11/22 hasta 10/23

| Mes / Año | Depósitos Proyectados | Depósitos Realizados | Desembolsos Proyectados | Descripción | Desembolsos Realizados | Balance Proyectado | Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | Balance Inicial | | $55.21 | $38.72 |
| 11/2022 | $18.42 | $18.61 | $0.00 | | $0.00 | $73.63 * | $57.33 |
| 12/2022 | $18.42 | $18.21 | $0.00 | | $0.00 | $92.05 * | $75.54 |
| 01/2023 | $18.42 | $18.21 | $0.00 | | $0.00 | $110.47 * | $93.75 |
| 02/2023 | $18.42 | $0.00 | $0.00 | | $0.00 | $128.89 * | $93.75 |
| 03/2023 | $18.42 | $36.42 | $0.00 | | $0.00 | $147.31 * | $130.17 |
| 04/2023 | $18.42 | $18.21 | $0.00 | | $0.00 | $165.73 * | $148.38 |
| 05/2023 | $18.42 | $18.21 | $0.00 | | $0.00 | $184.15 * | $166.59 |
| 06/2023 | $18.42 | $18.21 | $0.00 | | $0.00 | $202.57 * | $184.80 |
| 07/2023 | $18.42 | $18.21 | $0.00 | | $0.00 | $220.99 * | $203.01 |
| 08/2023 | $18.42 | $18.21 | $0.00 | Seguro Contra Riesgos | $221.00 | $239.41 * | $0.22 |
| 09/2023 | $18.42 | $36.63 ** | $221.00 | Seguro Contra Riesgos | $0.00 | $36.83 * | $36.85 |
| 10/2023 | $18.42 | $18.42 ** | $0.00 | | $0.00 | $55.25 | $55.27 |
| | | | | Total de depósitos realizados a la Cuenta de Reserva | | | $237.55 |
| | | | | Total de desembolsos realizados de Contribuciones | | | $0.00 |
| | | | | Total de desembolsos realizados de Seguros | | | $221.00 |

(*) Indica una diferencia con el estimado del estado anterior, ya sea en la fecha o en la cantidad.

(**) Para propósitos del historial de la cuenta de reserva, estos pagos y desembolsos no han sido recibidos ni realizados, pero se presume que estos serán recibidos y realizados en las fechas y cantidades correspondientes.

SURSPRD-9/27/23-142

En el último análisis proyectamos que los desembolsos de la cuenta de reserva efectuados durante ese período serían por $221.00. Esta información se divulgó en su análisis de reserva anterior en la sección Proyecciones Próximo Año. Bajo la ley federal, el balance mensual más bajo de su cuenta no debió exceder de $36.83 o de una sexta (1/6) parte del total de los desembolsos anuales proyectados.

### PROYECCIÓN DE LA CUENTA PARA EL PRÓXIMO AÑO desde 11/23 hasta 10/24

A continuación, le proveemos una proyección de la actividad para la cuenta de reserva basada en los desembolsos estimados a realizarse durante el próximo año.

| Mes/Año | Depósitos Proyectados | Desembolsos Proyectados | Descripción | Balance Proyectado |
|---|---|---|---|---|
|  |  |  | Balance Inicial | $55.21 |
| 11/2023 | $18.42 | $0.00 |  | $73.63 |
| 12/2023 | $18.42 | $0.00 |  | $92.05 |
| 01/2024 | $18.42 | $0.00 |  | $110.47 |
| 02/2024 | $18.42 | $0.00 |  | $128.89 |
| 03/2024 | $18.42 | $0.00 |  | $147.31 |
| 04/2024 | $18.42 | $0.00 |  | $165.73 |
| 05/2024 | $18.42 | $0.00 |  | $184.15 |
| 06/2024 | $18.42 | $0.00 |  | $202.57 |
| 07/2024 | $18.42 | $0.00 |  | $220.99 |
| 08/2024 | $18.42 | $0.00 |  | $239.41 |
| 09/2024 | $18.42 | $221.00 | Seguro Contra Riesgos | $36.83 |
| 10/2024 | $18.42 | $0.00 |  | $55.25 |

El balance final del historial de la cuenta es de $55.27. El balance inicial proyectado para la cuenta del próximo año es de $55.21. Esto significa que la cuenta de reserva tiene un sobrante de $0.06.

El sobrante menor a $50.00 puede ser reembolsado al cliente o puede ser retenido para ser depositado en la cuenta de reserva del próximo año. **El sobrante lo estaremos reteniendo para depositarlo a la cuenta de reserva del próximo año, reduciendo la cantidad del pago por los próximos 10 meses.**

Su nuevo pago periódico efectivo 01 de noviembre de 2023 será de $817.85 que se desglosa como sigue:

| | |
|---|---|
| Información de Pago: | |
| Principal e Interés | $799.44 |
| Reserva | $18.42 |
| Seguros opcionales | $0.00 |
| Misceláneos | $0.00 |
| Subsidio/Reserva Reemplazo | $0.00 |
| Ajuste por sobrante/deficiencia hasta 08/2024 | $-0.01 |
| Pago Total | $817.85 |

Luego de la aplicación del ajuste por sobrante/deficiencia, efectivo en 09/2024 su **pago periódico será por $817.86**.

Si el préstamo es de interés variable, el pago puede cambiar antes del próximo análisis de la cuenta de reserva de acuerdo con la nueva tasa de interés.

Retenga este estado de cuenta para compararlo con la actividad actual de su cuenta y el cálculo en su análisis de reserva anual del próximo año.

Para más información sobre este análisis de la cuenta de reserva, puede comunicarse con nuestra División de Servicios Hipotecarios, Departamento de Servicios al Cliente, de lunes a viernes de 8:00 a.m. a 8:00 p.m. y sábado de 8:00 a.m. a 1:00 p.m. al 787.775.1100 o libre de cargos al 1.800.981.1982.

19-06347  SHAKYRA RUBI QUIJANO GARCIA

**CERTIFICATE OF SERVICE**

It is hereby certified that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, including but not limited to **Monsita Lecaroz Arribas, Esq.**, Office of the US Trustee, to the Chapter 13 Trustee, to Debtor(s) Attorney.

**/s/Reggie Díaz Hernández**
Attorney for BPPR